## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BINSWANGER OF PENNSYLVANIA, INC., | : | No. 142 EAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| TSG REAL ESTATE LLC, | : | |
| | : | |
| Petitioner | : | |
| BINSWANGER OF PENNSYLVANIA, INC., | : | No. 143 EAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| TSG REAL ESTATE, LLC, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Where an agreement of sale for Pennsylvania real estate is final and binding as to the seller, but contains typical and routine buyer-friendly conditions, is the centuries-old doctrine of equitable conversion rendered inapplicable?